# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

      VS                                  CASE NO.  3:02cr54-01/RV
                                                    3:02cr71-01/RV

DAVID W.  JOINER

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on   December 20, 2005

Motion/Pleadings: MOTION/Recommendation for Defendant to Serve Sentence in State Facility

Filed by   Defendant                          on 12/13/2005          Doc.#      55

RESPONSES:

United States                               on 12/16/2005          Doc.#      56

                                            on                      Doc.#

_____ Stipulated     _____ Joint Pldg.

_____ Unopposed      _____ Consented

                                   WILLIAM M. McCOOL, CLERK OF COURT

                                   s/Jerry Marbut

LC (1 OR 2)                            Deputy Clerk: Jerry Marbut

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this      20th  day of
 December            , 2005, that:*

*(a) The relief requested is GRANTED.*

*(b) It is recommended that the BOP designate a penal institution of the State of
Florida for serving the sentence in this case.*

                               /s/  *Roger Vinson*
                                   **ROGER VINSON**
                            **Senior United States District Judge**